|    |                                                           |
|----|-----------------------------------------------------------|
| 1  |                                                           |
| 2  |                                                           |
| 3  |                                                           |
| 4  |                                                           |
| 5  |                                                           |
| 6  |                                                           |
| 7  |                                                           |
| 8  | IN THE UNITED STATES DISTRICT COURT                       |
| 9  | FOR THE EASTERN DISTRICT OF CALIFORNIA                    |
| 10 | TONY ALLEN, JR.,                                          |
| 11 | Petitioner,          No. CIV S-06-1923 FCD DAD P          |
| 12 | vs.                                                       |
| 13 | MARK SHEPARD, Warden, et al.,     ORDER                   |
| 14 | Respondent.                                               |
| 15 | _____/                           |

Petitioner, a state prisoner proceeding with counsel, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On October 24, 2006, petitioner filed a notice of motion for a stay and abeyance. Petitioner also filed a declaration and memorandum of points and authorities in support of his motion. On November 22, 2006, in response to the court's September 25, 2006 order, respondents filed a statement of non-opposition to petitioner's motion for a stay and abeyance. In light of respondents' non-opposition, the court will vacate the hearing on petitioner's motion and grant petitioner's motion. The court will also order petitioner to promptly exhaust his state court remedies for his unexhausted claims and to file his second amended habeas petition when exhaustion of state remedies has been completed.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The December 1, 2006 hearing on petitioner's motion for a stay and abeyance, set before the undersigned, is vacated;

2. Petitioner's October 24, 2006 motion for a stay and abeyance is granted;

3. The Clerk of the Court is directed to administratively close this case;

4. Petitioner shall file his state court habeas petition with respect to his unexhausted claims within thirty days from the date of this court's order;

5. Petitioner shall file a status report on the first court day of every second month beginning with January 2, 2007, concerning the status of his California Supreme Court habeas proceedings; and

6. Petitioner shall file a motion to lift the stay and his second amended habeas petition with this court within thirty days of the state court's final disposition on petitioner's unexhausted claims.

DATED: November 27, 2006.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
alle1923.mts