EFREN B. WILLIAMS SBN 224345
900 G Street Suite 202
Sacramento, CA 95814
Telephone:  (916) 443-5610
Facsimile:   (916) 443-5627

Attorney for Petitioner: Tony Allen Jr.

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY ALLEN, JR.<br><br>             Petitioner,<br>v.<br><br>MARK SHEPARD,<br>warden FOLSOM STATE PRISON<br><br>             Respondent. | CASE NO. CIV S-06-1923 FCD DAD P<br><br>STIPULATION TO EXTEND TIME FOR FILING PETITIONER'S WRIT OF HABEAS CORPUS CONTAINING UNEXHAUSTED CLAIMS IN STATE COURT |

It is hereby stipulated by and between the parties hereto through their attorneys of record that:

WHEREAS: the Honorable Magistrate Judge Dale A. Drozd of the U.S. District Court on November 27, 2006,  granted Petitioner, Tony Allen, Jr.'s, Motion for Stay and Abeyance as to the unexhausted Constitutional claims contained in his Petition for Writ of Habeas Corpus.

WHEREAS: The Order of the Honorable Magistrate Judge Drozd ordered Petitioner to file his Writ of Habeas Corpus containing his unexhausted Constitutional claims in State Court within thirty days of the November 27, 2006 Order.

1  WHEREAS: The effect of the Order is to establish a December 27, 2006 deadline for Petitioner to
2  file his Petition for Writ of Habeas Corpus containing his unexhausted Constitutional claims in
3  State Court.
4
5  WHEREAS: Attorney for Petitioner spent approximately ten days communicating with Petitioner
6  via U.S. mails  informing Petitioner of the Order and its effect.   Attorney for Petitioner also spent
7  time awaiting Petitioner's decision regarding whether he wanted to file the State Writ of Habeas
8  Corpus himself or whether he wanted Attorney to complete it.
9
10 WHEREAS: Attorney received Petitioner's instruction on December 7, 2006, that he wanted
11 Attorney to draft and file his Writ of Habeas Corpus containing his unexhausted Constitutional
12 claims in State Court.
13
14 WHEREAS: Attorney for Petitioner Efren B. Williams and Attorney for Respondent do stipulate
15 to allow Petitioner's Attorney a two week extension of time to file the Petition for Writ of Habeas
16 Corpus containing his unexhausted claims in State Court.  The stipulated two week time extension
17 will establish a filing deadline of  January 11, 2007.
18
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 /
27 //
28

**IT IS SO STIPULATED**

Date: December 12, 2006

/s/ Efren B. Williams
———————————————
Efren B. Wilłliams, SBN 224345
Law Office of Efren B. Williams
900 G Street, Suite 202
Sacramento, CA 95814
(916) 443-5610

Date: December 26, 2007

/s/ Michael Dolida
———————————————
Michael Dolida, Deputy Attorney General
SBN 186101
Office of the Attorney General
1300 I Street
Sacramento, CA
(916) 445-8538

## ORDER

Good cause being shown, Petitioner Tony Allen, Jr., shall be allowed to file his Writ of Habeas Corpus containing unexhausted claims in State Court by January 11, 2007.

**IT IS SO ORDERED**

DATED: December 28, 2006.

———————————————
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
allen1923.eot