IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TONY ALLEN, JR.,

      Petitioner,                    No. CIV S-06-1923 FCD DAD P

  vs.

MARK SHEPARD, Warden, et al.,

      Respondents.            ORDER

_____/

      Petitioner, a state prisoner proceeding with counsel, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On November 27, 2006, petitioner's motion for a stay and abeyance was granted and petitioner was ordered to file status reports every second month beginning with January 2, 2007. Petitioner has failed to file a status report which was due on March 1, 2007. The court will order petitioner to file his status report and to comply with the November 27, 2006 order.

      Accordingly, IT IS HEREBY ORDERED that:

      1. Within ten days from the service of this order, petitioner shall file his status report as ordered by the court on November 27, 2006; and

/////

/////

1

2. Petitioner is cautioned that failure to comply with the court's orders may result in the imposition of sanctions.

DATED: March 28, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
alle1923.stat