IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TONY ALLEN, JR.,

        Petitioner,                    No. CIV S-06-1923 FCD DAD P

    vs.

MARK SHEPARD, Warden, et al.,

        Respondents.         <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding with counsel, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On November 27, 2006, petitioner's motion for a stay and abeyance was granted and petitioner was ordered to file status reports every second month beginning with January 2, 2007. Petitioner failed to file a timely status report in March of 2007 and was ordered to comply with the court's November 27 order. Petitioner has again failed to file his status report which was due on July 2, 2007. Petitioner is cautioned that continued failure to comply with the court's order will result in the imposition of sanctions.

/////

/////

/////

/////

1

1  Accordingly, IT IS HEREBY ORDERED that within five days from the service of
2  this order, petitioner shall file his status report as ordered by the court on November 27, 2006.
3  DATED: July 10, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

7  DAD:4
   alle1923.111sr