**EFREN B. WILLIAMS SBN 224345**
900 G Street Suite 202
Sacramento, CA 95814
Telephone: (916) 443-5610
Facsimile: (916) 443-5627

**Attorney for Petitioner: Tony Allen Jr.**

**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TONY ALLEN, JR.<br><br>　　　　　Petitioner,<br><br>　v.<br><br>MARK SHEPARD,<br>warden FOLSOM STATE PRISON<br><br>　　　　　Respondent. | CASE NO. CIV S-06-1923 FCD DAD P<br><br>STIPULATION TO EXTEND TIME FOR FILING PETITIONER'S SECOND AMENDED PETITION FOR WRIT OF HABEAS CORPUS AND ORDER |

　　　It is hereby stipulated by and between the parties hereto through their attorneys of record that:

WHEREAS: the Honorable Magistrate Judge Dale A. Drozd of the U.S. District Court on November 27, 2006, granted Petitioner, Tony Allen, Jr.'s, Motion for Stay and Abeyance as to the unexhausted Constitutional claims contained in his Petition for Writ of Habeas Corpus.

WHEREAS: The Order of the Honorable Magistrate Judge Drozd ordered Petitioner to file his Second Amended Petition for Writ of Habeas Corpus within thirty days of the time in which petitioner exhausted his Constitutional claims in a State Court.

/////
/////

1

**Stipulation to Extend Time for Filing Petitioner's Writ of Habeas Corpus**

WHEREAS: On January 11, 2007, Petitioner filed a Petition for Writ of Habeas Corpus containing his unexhausted Constitutional claims in the Supreme Court of the State of California.

WHEREAS: On July 11, 2007 the Supreme Court of the State of California denied Petitioner's Writ of Habeas Corpus.

WHEREAS: On August 08, 2007 the U.S. District Court ordered both that the Motion of Stay and Abeyance be lifted and that petitioner file his Second Amended Petition for Writ of Habeas Corpus by September 17, 2007.

WHEREAS: Petitioner's counsel has for months been actively working with a private investigator to obtain information and an affidavit from a percipient witness.

WHEREAS: The witness has been located but has not yet been contacted or interviewed by the private investigator that Petitioner's counsel has engaged.

WHEREAS: If the witness provides useful and relevant information, Petitioner would like to include this information in his Second Amended Petition for Writ of Habeas Corpus.

WHEREAS: Petitioner's counsel would require an additional week in which to have the witness interviewed and if possible sign an affidavit and include the statement in an amended petition for writ of habeas corpus.

WHEREAS: Petitioner's counsel contacted attorney for respondent on September 12, 2007, via telephone and facsimile transmittal requesting a stipulation to allow an extension of time for one week to file his second amended petition for writ of habeas corpus.

/////
/////

WHEREAS: Attorney for respondent's agreed to stipulate to the requested extension of time and gave attorney for Petitioner permission to either mention the stipulation in a pleading or draft and file a conforming stipulation.

**IT IS SO STIPULATED**

Date: September 13, 2007

/s/ Efren B. Williams
_____
Efren B. Willliams, SBN 224345
Law Office of Efren B. Williams
900 G Street, Suite 202
Sacramento, CA 95814
(916) 443-5610

Date: September 13, 2007

/s/ Michael Dolida (as authorized on 9-13-07 )
_____
Michael Dolida, Deputy Attorney General
SBN 186101
Office of the Attorney General
1300 I Street
Sacramento, CA
(916) 445-8538

### ORDER

Good cause being shown, Petitioner Tony Allen, Jr., shall be allowed to file his Second Amended Petition for Writ of Habeas Corpus by September 24, 2007.

**IT IS SO ORDERED**

DATED: September 17, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
allen1923.111ampet