IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TONY ALLEN, JR.,

        Petitioner,        No. CIV S-06-1923 FCD DAD P

   vs.

MARK SHEPARD, Warden, et al.,

        Respondents.       <u>ORDER</u>

      /

      Petitioner, a state prisoner proceeding with counsel, has filed his second amended petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

      Since petitioner may be entitled to relief if the claimed violation of constitutional rights is proved, respondents will be directed to file a response to petitioner's second amended habeas petition.

      In accordance with the above, IT IS HEREBY ORDERED that:

      1. Respondent shall file and serve a response to petitioner's second amended petition within thirty days after this order is served. <u>See</u> Rule 4, Fed. R. Governing § 2254 Cases. An answer shall be accompanied by any transcripts and other documents relevant to the issues presented in the second amended petition. See Rule 5, Fed. R. Governing § 2254 Cases;

/////

1

2. If the response to petitioner's second amended petition is a motion, the motion shall be noticed and briefed in accordance with Local Rule 78-230(b), (c) and (d);

3. If the response to petitioner's second amended petition is an answer, petitioner's reply to the answer shall be filed and served within thirty days after the answer is served; any motion for an evidentiary hearing shall be filed and served by petitioner concurrently with his reply to the answer; and

4. All motions shall be noticed for hearing before the undersigned on a regularly scheduled law and motion calendar. Parties may appear at the hearing telephonically; to arrange telephonic appearance, the party shall contact Pete Buzo, the courtroom deputy of the undersigned magistrate judge, at (916) 930-4128 no later than three days prior to the hearing.

DATED: October 15, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
alle1923.100

2