IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TONY ALLEN JR.,** | 2:06-cv-1923 FCD DAD P |
| Petitioner, | **ORDER** |
| v. | |
| **MARK SHEPARD, Warden, et al.,** | |
| Respondent. | |

IT IS HEREBY ORDERED that the time for filing respondent's responsive pleading is extended through and including January 18, 2008.

DATED: December 21, 2007.

_/s/ Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
alle1923.111.sec

1