IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TONY ALLEN, JR.,** | 2:06-cv-1923 FCD DAD P |
| Petitioner, | **ORDER** |
| v. | |
| **MARK SHEPARD, Warden, et al.,** | |
| Respondents. | |

GOOD CAUSE APPEARING, Respondent's application for a thirty (30) day extension of time in which to file a response in this matter is hereby GRANTED. Respondent's response is due on February 17, 2008.

DATED: January 18, 2008.

_/s/ Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
alle1923.eot3

1