IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TONY ALLEN, JR.,

    Petitioner,               No. CIV S-06-1923 FCD DAD P

    vs.

MARK SHEPARD, Warden, et al.,

    Respondents.         ORDER

_____/

    Respondents requested a one-day extension of time to file their answer pursuant to the court's orders of October 18, 2007 and January 22, 2008. On February 20, 2008, respondents' answer was filed. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Respondents' February 19, 2008 request for an extension of time is granted nunc pro tunc; and

    2. Petitioner's reply and any motion for an evidentiary hearing shall be filed within thirty days of the service of this order. All motions shall be noticed for hearing as set forth in the court's October 18, 2007 order.

DATED: March 3, 2008.

DAD:4
alle1923.111ans

                              DALE A. DROZD
                              UNITED STATES MAGISTRATE JUDGE