**EFREN B. WILLIAMS SBN 224345**
900 G STREET SUITE 202
SACRAMENTO, CA 95814
TELEPHONE:  (916) 443-5610
FACSIMILE:    (916) 443-5627

**Attorney for Petitioner: Tony Allen, Jr.,**

**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **TONY ALLEN, JR.** ) | CASE NO. CIV S-06-1923 FCD DAD P |
| ) | |
| Petitioner, ) | **STIPULATION TO EXTEND TIME FOR FILING PETITIONER'S TRAVERSE; ORDER** |
| v.  ) | |
| ) | |
| **MARK SHEPARD,** ) | |
| warden FOLSOM STATE PRISON ) | |
| ) | |
| Respondent. ) | |

    It is hereby stipulated by and between the parties hereto through their attorneys of record that:

WHEREAS: On October 15, 2007, the Honorable Dale A. Drozd, Judge of the United States District Court, issued an Order which provided direction to both parties with regard to filing additional pleadings in this cause.

WHEREAS: The Order directed Respondent to file and serve a response to Petitioner's Second Amended Petition.  The Order further specified that if Respondent's response was an Answer then Petitioner had 30 days to serve and file a reply to such pleading.  Additionally, the Order specified that Petitioner should file any Motion for Evidentiary Hearing concurrently with the reply.

1
**Stipulation to Extend Time for Filing Petitioner's Traverse**

WHEREAS: Respondent served and filed an Answer to Petitioner's Second Amended Petition for Writ of Habeas Corpus on March 5, 2008.

WHEREAS: Petitioner requires an additional thirty days past the date specified pursuant to the Order to complete both his Traverse and his Motion for Evidentiary Hearing.

WHEREAS: Petitioner's counsel contacted attorney for respondent on February 28, 2008 , via telephone and requested a stipulation to allow an extension of time for thirty days to file Petitioner's Traverse.

WHEREAS: On February 29, 2008, Attorney for Respondent agreed to stipulate to the requested extension of time and gave attorney for Petitioner authorization to enter Respondent's Attorney's electronic signature on the appropriate signature block.

**IT IS SO STIPULATED**

Date:   March 05, 2008

/s/ Efren B. Williams

Efren B. Willliams, SBN 224345
Law Office of Efren B. Williams
900 G Street, Suite 202
Sacramento, CA 95814
(916) 443-5610

Date:   March 05, 2008

/s/ Michael Dolida (as authorized on 2- 29-08 )

Michael Dolida, Deputy Attorney General
SBN 186101
Office of the Attorney General
1300 I Street
Sacramento, CA
(916) 445-8538

**ORDER**

Good cause being shown, Petitioner Tony Allen, Jr., shall be allowed to file his Traverse by May 4, 2008 .

**IT IS SO ORDERED**

DATED: March 6, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
alle1923.111trav