1 **EFREN B. WILLIAMS SBN 224345**
**900 G STREET SUITE 202**
2 **SACRAMENTO, CA 95814**
**TELEPHONE: (916) 443-5610**
3 **FACSIMILE: (916) 443-5627**

4 **Attorney for Petitioner: Tony Allen, Jr.,**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TONY ALLEN, JR.** | CASE NO. CIV S-06-1923 FCD DAD P |
| **Petitioner,** | STIPULATION TO FILE OMITTED TABLES OF AUTHORITIES AND CONTENTS TO PETITIONER'S SECOND AMENDED PETITION FOR WRIT OF HABEAS CORPUS |
| v. | |
| **MARK SHEPARD,** warden **FOLSOM STATE PRISON** | |
| **Respondent**. | |

It is hereby stipulated by and between the parties hereto through their attorneys of record that:

WHEREAS: On September 18, 2007, Petitioner inadvertently filed his Second Amended Petition for Writ of Habeas Corpus without both a table of authorities and table of contents.

WHEREAS: Pursuant to Local Rule 5-133(k) an indexed table of contents and authorities is required for briefs in excess of fifteen pages in length.

WHEREAS: Petitioner's Second Amended Petition for Writ of Habeas Corpus exceeds fifteen pages in length.

WHEREAS: Local Rules require that Petitioner's Second Amended Petition for Writ of Habeas Corpus include an indexed table of contents and authorities.

WHEREAS: Respondent would not suffer prejudice if Petitioner were allowed to file an indexed table of contents and authorities for his Second Amended Petition for Writ of Habeas Corpus.

WHEREAS: On April 09 2008, Attorney for Respondent agreed to stipulate to allow Petitioner to file an indexed table of contents and table of authorities for his Second Amended Petition for Writ of Habeas Corpus by April 16, 2008.  Attorney for Respondent also gave attorney for Petitioner authorization to enter Respondent's Attorney's electronic signature on the appropriate signature block of the stipulation.

**IT IS SO STIPULATED**

Date:   April 10, 2008                                    /s/ Efren B. Williams

    Efren B. Willliams, SBN 224345
    Law Office of Efren B. Williams
    900 G Street, Suite 202
    Sacramento, CA 95814
    (916) 443-5610

Date:   April 10, 2008                                   /s/ Michael Dolida (as authorized on 4- 9-08 )

    Michael Dolida, Deputy Attorney General
    SBN 186101
    Office of the Attorney General
    1300 I Street
    Sacramento, CA
    (916) 445-8538

## ORDER

Good cause being shown, Petitioner Tony Allen, Jr., shall be allowed to file the omitted tables to his Second Amended Petition for Writ of Habeas Corpus by April 16, 2008 .

**IT IS SO ORDERED**

*DATED: April 11, 2008.*

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
alle1923.stip42