IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TONY ALLEN, JR.,

    Petitioner,        No. CIV S-06-1923 FCD DAD P

    vs.

MARK SHEPARD,

    Respondent.        <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding with counsel, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On May 5, 2008, petitioner filed a motion for an evidentiary hearing and a motion to expand the record.  The court will order respondent to file a response to the motions.

        Accordingly, IT IS HEREBY ORDERED that within forty-five days from the service of this order, respondent shall file his response to petitioner's motion for an evidentiary hearing and motion to expand the record.

DATED: September 23, 2008.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
alle1923.meh