1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   TONY ALLEN, JR.,

11          Petitioner,                    No. CIV S-06-1923 FCD DAD P

12      vs.

13   MARK SHEPARD, et al.,

14          Respondents.          <u>ORDER</u>

15   _____/

16          Petitioner, a state prisoner proceeding with counsel, has filed a second amended

17   petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner presents four

18   grounds for relief:  (1) ineffective assistance of counsel, (2) insufficiency of the evidence as to

19   causation, (3) bias by the trial judge, and (4) prosecutorial misconduct in failing to produce

20   exculpatory evidence.  Petitioner's counsel has requested authorization for funding to retain the

21   services of an expert witness in support of his claims.  For that purpose, petitioner has filed an

22   application to proceed in forma pauperis.  Examination of the in forma pauperis application

23   reveals that petitioner is unable to afford the costs of suit.

24   /////

25   /////

26   /////

1

1    Accordingly, IT IS HEREBY ORDERED that plaintiff's October 2, 2008

2    application to proceed in forma pauperis (Doc. No. 56), is granted.

3    DATED: October 7, 2008.

4

5    _____

6    DAD:4              DALE A. DROZD
     all1923.ifp        UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26