**EFREN B. WILLIAMS SBN 224345**
900 G STREET SUITE 100
SACRAMENTO, CA 95814
TELEPHONE:  (916) 443-5610
FACSIMILE:   (916) 443-5627

Attorney for Petitioner: Tony Allen, Jr.,

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TONY ALLEN, JR.**<br><br>    Petitioner,<br>v.<br><br>**MARK SHEPARD,**<br>warden **FOLSOM STATE PRISON**<br><br>    **Respondent**. | CASE NO. CIV S-06-1923 FCD DAD P<br><br>STIPULATION PROVIDING FOR RESPONDENT'S FILING OF PETITIONER'S TRIAL COURT RECORD AND ORDER |

It is hereby stipulated by and between the parties hereto through their attorneys of record that:

WHEREAS: On March 30, 2009, The Honorable Federal Magistrate Dale A. Drozd issued an Order specifying that Petitioner's Attorney file both Petitioner's Clerk's Transcript on Appeal and Petitioner's Reporter's Transcript on Appeal with the U.S. District Court or submit a memorandum as to why Petitioner's Attorney should not be required to do so.

WHEREAS: Petitioner is indigent and is unable to afford the cost of ordering and certifying the requested court records.

WHEREAS: Respondent is in a much better economic position than Petitioner to have the requested court records filed with the U.S. District Court.

WHEREAS: Attorney for Respondent and Attorney for Petitioner agree to have Respondent file both Petitioner's Clerk's Transcript on Appeal and Petitioner's Reporter's Transcript on Appeal with the U.S. District Court.

**IT IS SO STIPULATED**

Date: 4-17-09 /s/ Efren B. Williams

Efren B. Willliams, SBN 224345
Law Office of Efren B. Williams
900 G Street, Suite 100
Sacramento, CA 95814
(916) 443-5610

Date: 4-17-09 /s/ Michael Dolida (as authorized on 4-17-09)

Michael Dolida, Deputy Attorney General
SBN 186101
Office of the Attorney General
1300 I Street
Sacramento, CA
(916) 445-8538

2
**Stipulation Providing for Respondent's Filing of Petitioner's Court Records**

# ORDER

Good cause being shown, Respondent shall file both Petitioner's Clerk's Transcript on Appeal and Petitioner's Reporter's Transcript on Appeal with the U.S. District Court by May 10, 2009.

**IT IS SO ORDERED**.

DATED: April 20, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
all1923.stipord