**LAW OFFICE OF EFREN B. WILLIAMS**
**EFREN B. WILLIAMS SBN 224345**
**900 G STREET SUITE 100**
**SACRAMENTO, CA 95814**
**TELEPHONE:  (916) 443-5610**
**FACSIMILE:  (916) 443-5627**

**Attorney for Petitioner: Tony Allen, Jr.,**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TONY ALLEN, JR.** )<br>)<br>**Petitioner,** )<br>)<br>**v.** )<br>)<br>)<br>)<br>**MARK SHEPARD,** )<br>**warden FOLSOM STATE PRISON** )<br>)<br>)<br>**Respondent**. )<br>⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯) | **CASE NO. CIV S-06-1923 FCD DAD P**<br><br>**NOTICE OF MOTION AND MOTION**<br>**FOR RELIEF FROM JUDGEMENT**<br><br>**FRCP §60 (b)**<br><br>**DATE: May 7, 2010**<br>**TIME: 10:00 a.m.**<br>**CRT: 2** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    NOTICE IS HEREBY GIVEN that on May 7, 2010 at 10:00 a.m.  or as soon Counsel may be heard by the above entitled Court, located at 501 "I" Street in Sacramento California in Courtroom 2 of the United States District Court for the Eastern District of California, and before the Honorable U.S. District Court Judge Frank C. Damrell, Jr.,  Petitioner Tony Allen, Jr., will and hereby does move this Court for a motion for relief from the judgment denying petitioner's Writ of Habeas Corpus. This motion is brought pursuant to Federal Rule of Civil Procedure §60(b) and based upon the following grounds, mistake, inadvertence and excusable neglect on the

part of Petitioner's counsel.

This motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities and the Declaration of Efren B. Williams, the pleadings and papers filed herein, and upon such other matters as may be presented to the Court at the time of the hearing.

DATED: 3-19-2010

/s/ Efren B. Williams

Efren B. Williams

Attorney for Petitioner

Tony Allen, Jr.,

Notice of Motion and Motion for Relief from Judgment